Jeremy Pasternak, Esq. (SBN: 181618)
Anthony Oceguera, Esq. (SBN: 259117)
**LAW OFFICES OF JEREMY PASTERNAK**
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: (415) 693-0300
Facsimile: (415) 693-0393

Attorneys for Plaintiff
RICHARD RUY

Douglas E. Dexter (State Bar No. 115868)
ddester@fbm.com
Diego Acevedo (State Bar No. 244693)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
PIEDMONT PLASTICS, INC. and
REGAL PIEDMONT PLASTICS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RUY, | Case No. C 12-01465 ~~DMR~~ JSW |
| PLAINTIFF, | ~~DRAFT~~ STIPULATION AND [~~PROPOSED~~] ORDER RE: DISMISSAL OF PIEDMONT PLASTICS, INC. |
| V. | |
| PIEDMONT PLASTICS, INC., a corporation; REGAL PIEDMONT PLASTICS, a business entity, form unknown and Does 1-20, inclusive, | |
| Defendants. | |

The parties, Plaintiff RICHARD RUY and Defendants PIEDMONT PLASTICS, INC. and REGAL PIEDMONT PLASTICS, LLC, through their respective counsel, hereby stipulate as follows:

Stipulation and Request for Dismissal of Piedmont Plastics, Inc.                                Case No. C 12-01465 DMR

WHEREAS, Plaintiff has brought this action relating to his former employment against corporate entities PIEDMONT PLASTICS, and REGAL PIEDMONT PLASTICS; and,

WHEREAS, PIEDMONT PLASTICS, and REGAL PIEDMONT PLASTICS were each named as Defendants in this action based on documents allegedly received by Plaintiff from his employer during his employment making reference to said entities; and

WHEREAS, Defendants PIEDMONT PLASTICS, and REGAL PIEDMONT PLASTICS have represented and do represent that REGAL PIEDMONT PLASTICS is the sole true and correct identity of the former employer of Plaintiff RICHARD RUY with regards to Plaintiff's claims in this matter; and

WHEREAS, the parties agree that PIEDMONT PLASTICS, should be dismissed in order to simplify the pleadings and serve the interests of judicial economy; and,

WHEREAS, Said dismissal shall be without prejudice,

WHEREAS, the parties agree that if the Court determines that PIEDMONT PLASTICS, should be reintroduced into the case (for example, based on a contention by Plaintiff that PIEDMONT PLASTICS is an alter ego or successor-in-interest, which is not conceded by this stipulation), such reintroduction shall relate back to the time of the filing of the original complaint in this matter for the purposes of the calculation of any applicable statutes of limitation;

THEREFORE, the parties hereby request that Defendant PIEDMONT PLASTICS, INC. be dismissed from this action.

DATED: July 6, 2012        LAW OFFICES OF JEREMY PASTERNAK

By  /s/ Anthony Oceguera
    JEREMY PASTERNAK
    ANTHONY OCEGUERA
    Attorneys For Plaintiff
    RICHARD RUY

DATED: July 6, 2012                         Farella Braun + Martel LLP


                                            By /s/ Diego Acevedo
                                                DIEGO ACEVEDO
                                            Attorneys for Defendants
                                            PIEDMONT PLASTICS, INC. and
                                            REGAL PIEDMONT PLASTICS, LLC


PURSUANT TO STIPULATION, IT IS ORDERED THAT PIEDMONT PLASTICS, INC., IS HEREBY DISMISSED WITHOUT PREJUDICE FROM THIS ACTION.

DATED:   July 6, 2012

                                            ~~Hon. Donna M. Ryu~~ Jeffrey S. White
                                            United States District Judge