IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RUY,<br><br>    Plaintiff,<br><br>v.<br><br>REGAL PIEDMONT PLASTICS, and DOES 1-20,<br><br>    Defendants.<br>_____/ | No. C 12-01465 JSW<br><br>**ORDER TO SHOW CAUSE AND DISCHARGING ORDER** |

    By order dated June 27, 2012, the Court set a case management conference for July 13, 2012 at 1:30 p.m. Plaintiff failed to appear for the case management conference.

    Accordingly, Plaintiff was orally ordered to show cause as to why this case should not be dismissed for failure to prosecute. However, in the interim, the Court has received a letter from Plaintiff's counsel indicating that he had the wrong time for the case management conference in his schedule and had arrived at court an hour late. The order to show cause is thereby discharged. However, counsel are admonished that further failure to comply with this Court's orders shall result in sanctions.

    **IT IS SO ORDERED.**

Dated: July 16, 2012

                                                           JEFFREY S. WHITE<br>
                                                           UNITED STATES DISTRICT JUDGE