

**FARELLA BRAUN + MARTEL LLP**
Attorneys At Law

Russ Building / 235 Montgomery Street
San Francisco / CA 94104

T 415.954.4400 / F 415.954.4480
www.fbm.com

**DIEGO ACEVEDO**
dacevedo@fbm.com
D 415.954.4401

September 14, 2012

Honorable Joseph C. Spero
US Magistrate Judge
U.S. District Court, Northern District of California
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco CA 94102

      Re:    *Richard Ruy v. Piedmont Plastics, Inc.*
                No. C 12-01465

Dear Judge Spero:

      The parties have exchanged the names of potential mediators, but as of this date have been unable to agree to one. Regal Piedmont Plastics respectfully requests an additional week within which to submit the named of an agreed-to mediator and the date the parties will mediate this dispute.

                              Respectfully submitted,

                              /s/

                              Diego Acevedo

DA:ll

cc:    Jeremy Pasternak, Esq.

27656\3273344.1

Dated: 9/18/12



IT IS SO ORDERED
Judge Joseph C. Spero