JEREMY PASTERNAK, ESQ., BAR NO: 181618
LAW OFFICES OF JEREMY PASTERNAK
A Professional Corporation
445 Bush St., Sixth Floor
San Francisco, CA 94108
Telephone: (415) 693-0300
Facsimile: (415) 693-0393

Attorneys for Plaintiff
RICHARD RUY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RICHARD RUY, an individual, | Case No. C12-01465 JCS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE** |
| vs. | |
| PIEDMONT PLASTICS, INC., a corporation; and REGAL PIEDMONT PLASTICS, INC., a business entity, form unknown; and Does 1-20, inclusive, | |
| Defendants. | |

Pursuant to FRCP 41(a)(1), Plaintiff Richard Ruy and Defendant Regal Piedmont Plastics, Inc. hereby stipulate to the dismissal of Plaintiff's claims with prejudice, with all parties to bear their own fees and costs.

Dated: February 15, 2013          **LAW OFFICES OF JEREMY PASTERNAK**
                                  **A Professional Corporation**


                                  By: _____/s/_____
                                       JEREMY PASTERNAK
                                       Attorneys for Plaintiff
                                       RICHARD RUY

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. AND [PROPOSED] ORDER FOR
DISMISSAL OF PLAINTIFF'S CLAIMS          - 1 -                    27656\3521524.1
WITH PREJUDICE/ No. C12-01465 JCS

1 | Dated: February 15, 2013 | **FARELLA BRAUN + MARTEL LLP**

By: _____/s/_____
DIEGO F. ACEVEDO
Attorneys for Defendant
REGAL PIEDMONT PLASTICS

### ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to General Order 45(X.)(B.), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: February 15, 2013 | FARELLA BRAUN + MARTEL LLP

By: _____/s/ Diego Acevedo_____
Diego F. Acevedo

Attorneys for Defendant
REGAL PIEDMONT PLASTICS, LLC

**IT IS SO ORDERED.**

Dated: 02/19/2013

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

STIP. AND [PROPOSED] ORDER FOR
DISMISSAL OF PLAINTIFF'S CLAIMS - 2 - 27656\3521524.1
WITH PREJUDICE/ No. C12-01465 JCS