1  JEREMY PASTERNAK, ESQ., BAR NO: 181618
   LAW OFFICES OF JEREMY PASTERNAK
2  A Professional Corporation
   445 Bush St., Sixth Floor
3  San Francisco, CA 94108
   Telephone:  (415) 693-0300
4  Facsimile:  (415) 693-0393

5  Attorneys for Plaintiff
   RICHARD RUY

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  RICHARD RUY, an individual,              Case No.  C12-01465 JCS

13              Plaintiff,                   **STIPULATION AND [~~PROPOSED~~]
                                             ORDER FOR DISMISSAL OF
14        vs.                                PLAINTIFF'S CLAIMS WITH
                                             PREJUDICE**
15  PIEDMONT PLASTICS, INC., a
    corporation; and REGAL PIEDMONT
16  PLASTICS, INC., a business entity, form
    unknown; and Does 1-20, inclusive,
17
                Defendants.
18

19

20          Pursuant to FRCP 41(a)(1), Plaintiff Richard Ruy and Defendant Regal Piedmont Plastics,

21  Inc.  hereby stipulate to the dismissal of Plaintiff's claims with prejudice, with all parties to bear

22  their own fees and costs.

23

24  Dated: February 15, 2013              **LAW OFFICES OF JEREMY PASTERNAK
                                          A Professional Corporation**

25

26                                        By:_____/s/_____
27                                             JEREMY PASTERNAK
                                               Attorneys for Plaintiff
28                                             RICHARD RUY

STIP. AND [PROPOSED] ORDER FOR
DISMISSAL OF PLAINTIFF'S CLAIMS          - 1 -                          27656\3521524.1
WITH PREJUDICE/ No. C12-01465 JCS

1    Dated: February 15, 2013                    **FARELLA BRAUN + MARTEL LLP**

2

3                                               By:_____/s/_____
                                                    DIEGO F. ACEVEDO
4                                                   Attorneys for Defendant
                                                    REGAL PIEDMONT PLASTICS
5

6

7                        **ATTORNEY'S E-FILING ATTESTATION**

8           As the attorney e-filing this document, and pursuant to General Order 45(X.)(B.), I hereby

9    attest that I have obtained the concurrence of all other signatories in the filing of this document.

10

11   Dated: February 15, 2013                    FARELLA BRAUN + MARTEL LLP

12

13                                               By:_____/s/ Diego Acevedo_____
                                                         Diego F. Acevedo
14
                                                 Attorneys for Defendant
15                                               REGAL PIEDMONT PLASTICS, LLC

16

17

18

19

20   **IT IS SO ORDERED.**

21   Dated: _02/19/2013_____
                                                 _____
22                                               UNITED STATES ~~DISTRICT~~ JUDGE
                                                              MAGISTRATE
23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER FOR
DISMISSAL OF PLAINTIFF'S CLAIMS          - 2 -                                27656\3521524.1
WITH PREJUDICE/ No. C12-01465 JCS